IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TANTOPIA FRANCHISING COMPANY, LLC | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| WEST COAST TANS OF PA, LLC, DONALD WEISS, RICHARD WEISS, CHRISTOPHER CONNORS, TMA INTERNATIONAL, LLC, CTG GROUP LLC, and ROSALIND WEISS | : : | NO. 12-6700 |

**ORDER**

AND NOW, this 22nd day of January, 2013, in accordance with the Findings of Fact and Conclusions of Law filed by the court this day, it is hereby

**ORDERED and DECREED**

that the motion for preliminary injunction is **GRANTED IN PART** and **DENIED IN PART** and, pending the finding resolution of this case:

    1.    Defendants, West Coast Tans of PA, LLC, Donald Weiss, Christopher Connors, TMA International, LLC, CTG Group, LLC and Rosalind Weiss, shall not operate a business, or be employed by or render assistance to, a business or person that offers or sells products or services which are the same as or similar to the products and services offered by plaintiff, Tantopia Franchising Company, LLC, its franchisees and licensees, and Tantopia Tanning Centers, Inc.  These services include tanning services and the sale of related skin care and accessory products;

    2.    Defendants shall not use plaintiff's trademark, i.e., the name "Tantopia;" and

3. In accordance with the provisions of Fed. R. Civ. P. 65(c), plaintiff is required to post a security bond in the amount of $30,000.

BY THE COURT:

 /s/ Thomas J. Rueter
THOMAS J. RUETER
United States Magistrate Judge